UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **HENRY KMIEC** | § | |
|     **Plaintiff,** | § | |
| | § | |
| **vs.** | § | Civil Action No.: 4:24-cv-01932 |
| | § | |
| **HARRIS COUNTY, UNIVERSITY OF** | § | |
| **TEXAS MEDICAL BRANCH ("UTMB"),** | § | |
| **TEXAS DEPT. OF CRIMINAL JUSTICE,** | § | |
| **AND OFFICER SANDERS,** | § | |
|     **Defendant.** | § | |

## SCHEDULING ORDER

1. Trial: Estimated time to try: _3_ days.     ☐ Bench    X Jury

2. New parties must be joined by:     __Sept. 16, 2024___

   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:     _Feb. 28, 2025_

4. The defendant's experts must be named with a report furnished by:     _Mar. 30, 2025___

5. Discovery must be completed by:     _June 30, 2025___

   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:     July 30, 2025___
      Response due by:     Aug. 30, 2025___

7. Non-Dispositive Motions will be filed by:     Sept. 30, 2025___

********************   The Court will provide these dates.   ********************

8. Joint pretrial order is due:     _____

   *The plaintiff is responsible for filing the pretrial order on time.*

9. Final Pretrial Conference is set for **1:30 PM** on:     _____

9. Trial is set for **9:00 AM** on: _____

   *The case will remain on standby until tried.*

      Signed this the _____ day of _____, 2024.

                _____
                Richard W. Bennett
                United States Magistrate Judge

Agreed by:

*/s/ Tanika J. Solomon*
_____
**Tanika J. Solomon**
Texas Bar No. 24057713
**Shantelle L. Jones**
Texas Bar No. 24136932
S.D. Bar No. 3866430
Email:  attorney@tjsololaw.com
    shantelle@tjsololaw.com
2120 Welch Street
Houston, TX 77019
Tel. (713) 640-5956
Fax. (713) 640-5944
ATTORNEYS FOR PLAINTIFF


_____
**SUZANNE BRADLEY**
Senior Assistant County Attorney
ATTORNEY-IN-CHARGE
State Bar No. 00793375
Federal ID No. 24567
Tel: (713) 274-5330 (direct)
Suzanne.Bradley@harriscountytx.gov
OFFICE OF THE HARRIS COUNTY ATTORNEY
1019 Congress Street
Houston, Texas 77002
ATTORNEY FOR HARRIS COUNTY