Case 4:24-cv-01932   Document 18   Filed on 09/05/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
September 05, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **HENRY KMIEC** | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No.: 4:24-cv-01932 |
| | § | |
| **HARRIS COUNTY, UNIVERSITY OF** | § | |
| **TEXAS MEDICAL BRANCH ("UTMB"),** | § | |
| **TEXAS DEPT. OF CRIMINAL JUSTICE,** | § | |
| **AND OFFICER SANDERS,** | § | |
|     Defendant. | § | |

## SCHEDULING ORDER

1. Trial: Estimated time to try: _3__ days.   ☐ Bench   X Jury

2. New parties must be joined by:   Sept. 16, 2024
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:   Feb. 28, 2025

4. The defendant's experts must be named with a report furnished by:   Mar. 31, 2025

5. Discovery must be completed by:   _June 30, 2025
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:   July 30, 2025
      Response due by:   Aug. 29, 2025

7. Non-Dispositive Motions will be filed by:   Sept. 30, 2025

********************* The Court will provide these dates. *********************

8. Joint pretrial order is due:   January 26, 2026
   *The plaintiff is responsible for filing the pretrial order on time.*

9. Final Pretrial Conference is set for **1:30 PM** on:   February 23, 2026

1

9. Trial is set for **9:00 AM** on:                                                            March 9, 2026
   *The case will remain on standby until tried.*

           Signed this the  5th      day of   September       , 2024.

                                                        _____
                                                        Richard W. Bennett
                                                        United States Magistrate Judge