UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **HENRY KMIEC** | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No.: 4:24-cv-01932 |
| | § | |
| **HARRIS COUNTY, UNIVERSITY OF** | § | |
| **TEXAS MEDICAL BRANCH ("UTMB"),** | § | |
| **TEXAS DEPT. OF CRIMINAL JUSTICE,** | § | |
| **AND OFFICER SANDERS,** | § | |
| Defendant. | § | |

**PLAINTIFF'S NOTICE OF PARTIAL DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) AS TO DEFENDANTS HARRIS HEALTH AND UNIVERSITY OF TEXAS MEDICAL BRANCH ("UTMB") ONLY**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to Rule 41 (a) of the Federal Rules of Civil Procedure, Plaintiff, Henry Kmiec, notifies this Court that Plaintiff desires to Dismiss Plaintiff's claims as to Defendants Harris Health and University of Texas Medical Branch ("UTMB") *only*.

Plaintiff still desires to pursue his action as to the remaining Defendants, Harris County, and Officer Sanders and *does not* dismiss Defendants Harris County and Officer Sanders.

Respectfully Submitted

T.J. Solomon Law Group, PLLC

*Shantelle Jones*

_____
Tanika J. Solomon
Texas Bar No. 24057713
Shantelle L. Jones
Texas Bar No. 24136932
S.D. Bar No. 3866430

        Email: attorney@tjsololaw.com
              shantelle@tjsololaw.com
2120 Welch Street
Houston, TX 77019
Tel. (713) 640-5956
Fax. (713) 640-5944
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 14th day of October 2024, I electronically served a copy of Plaintiff's *Notice of Partial Dismissal Pursuant to Rules of Civil Procedure 41(a) as to Defendants Harris Health and University of Texas Medical Branch ("UTMB") Only* and this document has been served on all parties or their attorney(s) of record—who are listed below—in accordance with Fed. R. Civ. P. 5(b) via the Court's Electronic Notification Filling System as follows:

**SUZANNE BRADLEY**
Senior Assistant County Attorney
ATTORNEY-IN-CHARGE
State Bar No. 00793375
Federal ID No. 24567
Tel: (713) 274-5330 (direct)
Suzanne.Bradley@harriscountytx.gov
OFFICE OF THE HARRIS COUNTY ATTORNEY
1019 Congress Street
Houston, Texas 77002
ATTORNEY FOR HARRIS COUNTY

*/s/ Shantelle Jones*

_____
Shantelle L. Jones