United States District Court
Southern District of Texas

**ENTERED**

October 18, 2024

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HENRY KMIEC | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H: 24-1932 |
| | § | |
| HARRIS COUNTY, *et al* | § | |

## ORDER OF DISMISSAL

In accordance with the Plaintiff's Notice of Partial Dismissal filed on October 14, 2024

(Doc. No. 27), Defendant Texas Department of Criminal Justice, only, is **DISMISSED** without

prejudice pursuant to Federal Rule of Civil Procedure 41(a).  Claims against the remaining

defendants are pending.

SIGNED this ___16___ day of October 2024.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE